**SEQUOIA CAPITAL INVESTMENTS, LLC by and through ROBERT S. GREISMAN LLC and Adriana M. Greisma on behalf of Zip Cat Investments, LLC Partners Other Than the Tax Matters Partner, Plaintiffs,**

v.

**The UNITED STATES, Defendant.**

**No. 06–421 T.**

United States Court of Federal Claims.

Dec. 28, 2009.

### *ORDER*

JAMES F. MEROW, Senior Judge.

Plaintiffs have filed a motion to dismiss the complaint with prejudice. The Government has filed its response in which it states it has no objection.

It is **ORDERED** that

(1) Plaintiffs' complaint is **DISMISSED** with prejudice;

(2) Pursuant to 26 U.S.C. § 6226(h), the Notice of Final Administrative Adjustments attached to plaintiffs' complaint is established as correct;

(3) Judgment shall be entered in favor of defendant and against plaintiff.